**Kenneth Michael PLYMALE, Petitioner–Appellant,**

v.

**Shannon MARKLE, Warden, Central Regional Jail, Respondent– Appellee.**

No. 02–7352.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 15, 2002.

Kenneth Michael Plymale, Appellant Pro Se. Heather Dawn Foster, Assistant Attorney General, Charleston, West Virginia, for Appellee.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Michael Plymale seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude based on the reasons stated by the district court and the magistrate judge that Plymale has not made a substantial showing of the denial of a constitutional right. *See Plymale v. Markle,* No. CA–02–2–CVB (N.D.W.Va. Aug. 20, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*